# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| Plaintiff, : | |
| : | **CASE NO. 3:11-CV-130 (CAR)** |
| v. : | |
| : | |
| **$28,000.00 IN UNITED STATES FUNDS,** : | |
| Defendant Property, : | |
| : | |
| **TIRRELL KITCHINGS,** : | |
| Claimant. : | |

## UNITED STATES OF AMERICA'S RESPONSE TO CLAIMANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, the United States of America, Plaintiff, by and through the United States Attorney for the Middle District of Georgia, and hereby opposes and responds to the motion for summary judgment filed by Tirrell Kitchings, through his counsel, James W. Howard.

In support of its response, the United States contemporaneously files its Response to Claimant's Statement of Material Facts and Memorandum of Law.

2

RESPECTUFLLY SUBMITTED this January 26th, 2012.

           MICHAEL J. MOORE
           UNITED STATES ATTORNEY


    By:    s/ DANIAL E. BENNETT
           ASSISTANT UNITED STATES ATTORNEY
           GEORGIA STATE BAR NO.  052683
           UNITED STATES ATTORNEY'S OFFICE
           Post Office Box 1702
           Macon, Georgia 31202-1702
           Telephone: (478) 752-3511
           Facsimile: (478) 621-2712

**CERTIFICATE OF SERVICE**

I, DANIAL E. BENNETT, Assistant United States Attorney, hereby certify that on the 26th day of January, 2012, I electronically filed the within and foregoing United States' Response to Claimant's Motion for Summary Judgment, United States' Response to Claimant Kitchings' Statement of Material Facts and United States' Memorandum of Law in Opposition to Claimant Kitchings' Motion for Summary Judgment, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>James W. Howard, Esq., at:
>jhoward@howardfirm.com
>Attorney for Claimant Tirrell Marquis Kitchings

>MICHAEL J. MOORE
>UNITED STATES ATTORNEY

By:   s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 052683
UNITED STATES ATTORNEY'S OFFICE
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
Facsimile: (478) 621-2712