IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:11-CV-130 (CAR) |
| | : | |
| $28,000.00 IN UNITED STATES FUNDS, | : | |
| | : | |
| Defendant Property. | : | |
| | : | |
| TIRRELL KITCHINGS, | : | |
| | : | |
| Claimant. | : | |

## CLAIMANT'S DISCOVERY STATUS REPORT

Claimant, TIRRELL KITCHINGS, hereby informs the Court that he does not need to engage in any further discovery relating to his claim. Discovery was apparently completed on January 10, 2012 when Claimant responded to Plaintiff's special interrogatories and neither party sought any additional discovery.

Claimant reserves and requests the right to pursue additional discovery which corresponds with any leave for discovery which is granted to Plaintiff.

Respectfully submitted,

*(s) James W. Howard*
James W. Howard
Attorney for Claimant
Georgia Bar No. 370925

THE HOWARD LAW FIRM, P.C.
Suite 200, Kyleif Center
1479 Brockett Road
Tucker, Georgia 30084
(770) 270-5080

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I electronically filed the foregoing

*Claimant's Discovery Status Report* with the Clerk of Court for filing and

uploading to the CM/ECF system which will automatically send e-mail notification

of such filing to the following opposing attorneys of record:

> Danial E. Bennett, Esq.
> Assistant United States Attorney
> 600 United States Courthouse
> 75 Spring Street, S.W.
> Atlanta, Georgia  30335
> Danial.Bennett@usdoj.gov

This 28th of September, 2012.

*(s) James W. Howard*
James W. Howard
Attorney for Claimant
Georgia Bar No. 370925