IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>$28,000.00 IN UNITED STATES<br>FUNDS,<br>      Defendant Property,<br><br>TIRRELL KITCHINGS,<br>      Claimant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    CASE NO. 3:11-CV-130 (CAR) |

## DISCOVERY STATUS REPORT

In accordance with the Court's Order dated September 24, 2012, denying the Claimant's Motion for Summary Judgment, and directing the parties to submit a report on the status of discovery for the above-referenced forfeiture action, Plaintiff, the United States of America, hereby files a status report as follows:

1. On September 13, 2011, the United States filed a Verified Civil Complaint *in rem* for forfeiture against the Defendant Property. (Doc. 1.) Claimant Tirrell Kitchings filed a Claim and Answer and the time for any other claims to be filed has now expired. (Docs. 6 and 7.)

2. On November 18, 2011, Plaintiff sent Special Interrogatories pursuant to Rule G(6) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, to the Claimant, through his counsel of record, via certified mail number 7010 0290 0000 4103 4252, but it was returned because it was not picked up from the Post Office.

3.     On November 14, 2011, the Plaintiff received Claimant's First Set of Interrogatories and Requests for Admission to the Plaintiff. The Plaintiff's responses were submitted on December 14, 2011.

4.     On December 19, 2011, the Plaintiff re-sent its Special Interrogatories to the Claimant, through his counsel of record, via FedEx, tracking number 797860807922, which was received on December 20, 2011. The Plaintiff received Claimant's responses on January 17, 2012.

5.     On January 6, 2012, the Claimant filed its Motion for Summary Judgment, and the Plaintiff submitted its objection to the motion on January 26, 2012.

6.     As of today's date, a Rule 16/26 Order has not been entered by the Court nor a Scheduling and Discovery Order setting a deadline for discovery. However, upon entry of its Order denying the Claimant's summary judgment motion, the Court directed the parties to file a discovery status report.

7.     Based on the Court's ruling on Claimant's summary judgment motion, the United States now plans on sending out additional discovery to the Claimant including regular interrogatories, requests for production, and requests for admission. Additionally, the United States plans to depose Claimant, Tirrell Kitchings, and any other relevant witnesses that may become known to the Plaintiff during the discovery period.

Therefore, the United States, respectfully requests ninety (90) days to complete the discovery in this case.

Dated this October 1, 2012.

        MICHAEL J. MOORE
        UNITED STATES ATTORNEY


By:    s/ DANIAL E. BENNETT
        ASSISTANT UNITED STATES ATTORNEY
        GEORGIA STATE BAR NO.  052683
        UNITED STATES ATTORNEY'S OFFICE
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Facsimile: (478) 621-2712